UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYRA JOANA MACAS, *individually and on behalf of all others similarly situated*,

      Plaintiff,

– against –

OLIVE NAIL & SPA INC., *et al.*,

      Defendants.

**ORDER**

18 Civ. 10525 (ER)

Ramos, D.J.:

  Plaintiff Macas filed the complaint in this case on November 13, 2018.  Doc. 1.  Defendants answered the complaint on January 21, 2019.  Doc. 18.  Following an unsuccessful mediation, there has been no further activity in this case aside from changes to the parties' attorneys.  The parties are therefore instructed to file a joint status report by no later than December 14, 2020.

  It is SO ORDERED.

Dated: November 30, 2020
    New York, New York

                    Edgardo Ramos, U.S.D.J.