# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510
New York, New York 10165
_____

gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 22, 2020

**<u>VIA ECF</u>**

Hon. Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:    <u>Mayra Joana Macas v. Olive Nail & Spa Inc. et al.</u>
Case No. 18-cv-10525-ER

Dear Judge Ramos:

This office represents Plaintiff in the above referenced matter. We write to clarify Plaintiff's settlement motion filed on December 2, 2020 and denied on December 9, 2020. Plaintiffs counsel calculated back pay/wages owed to be 22,283.50. However, the $32,128.91 total was incorrect; the correct total owed[1] as of December 9, 2020 is 53,901.95[2]. Thus, Plaintiff's settlement (before deducting attorney fees and costs) is approximately 46% of the total damages estimate. We hope this letter clarifies the issues raised in the December 9, 2020 Order. Therefore, we respectfully request the settlement be approved.

Thank you for your consideration in this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy

---

[1] Including liquidated damages, spread of hours, and interest.
[2] Calculations are attached herein as Exhibit A. The difference between Your Honor's calculations and the attached chart herein is because prejudgment interest in the chart continued to accrue from March 19, 2019 to December 9, 2020.

*Certified as a minority-owned business in the State of New York*

Gennadiy Naydenskiy

# EXHIBIT A

| Plaintiff | Pay Period From | To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mayra Joana Macas** | 8/1/2016 | 12/30/2016 | 22 | 40.25 | 1 | $ 5.96 | $ 8.94 | $ 9.00 | $ 13.50 | $ 363.38 | $ 240.00 | $ 123.38 | $ 2,714.25 | $ 2,714.25 |
| | 12/31/2016 | 12/30/2017 | 52 | 40.25 | 1 | $ 5.96 | $ 8.94 | $ 11.00 | $ 16.50 | $ 444.13 | $ 240.00 | $ 204.13 | $ 10,614.50 | $ 10,614.50 |
| | 12/31/2017 | 10/20/2018 | 42 | 40.25 | 1 | $ 8.20 | $ 12.30 | $ 13.00 | $ 19.50 | $ 524.88 | $ 330.00 | $ 194.88 | $ 8,184.75 | $ 8,184.75 |
| | 10/21/2018 | 11/3/2018 | 2 | 50 | 0 | $ 6.60 | $ 9.90 | $ 13.00 | $ 19.50 | $ 715.00 | $ 330.00 | $ 385.00 | $ 770.00 | $ 770.00 |
| | | | | | | | | | | | | Total: | $ 22,283.50 | $ 22,283.50 |
| | | | | 1 This chart is based upon preliminary information and the expected testimony of Plaintiffs. | | | | | | | | | | |
| | | | | 2 Plaintiffs reserve the right to correct or amend this chart. | | | | | | | | | | |
| | | | | 3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL. | | | | | | | | | | |

| Plaintiff | Pay Period From | To | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of Trade | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mayra Joana Macas** | 8/1/2016 | 12/30/2016 | $ 198.00 | $ 198.00 | | | $ 1,014.72 | $ 74.02 | | $ 6,913.25 |
| | 12/31/2016 | 12/30/2017 | $ 572.00 | $ 572.00 | | | $ 3,291.67 | $ 177.38 | | $ 25,842.06 |
| | 12/31/2017 | 10/20/2018 | $ 546.00 | $ 546.00 | | | $ 1,873.20 | $ 124.96 | | $ 19,459.66 |
| | 10/21/2018 | 11/3/2018 | $ - | $ - | | | $ 146.99 | $ - | | $ 1,686.99 |
| | | | | | | | | | | |
| | | | $ 1,316.00 | $ 1,316.00 | $ - | $ - | $ 6,326.58 | $ 376.37 | $ - | $ 53,901.95 |

| | | |
|---|---|---|
| **Filing Date** | | **11/13/2018** |
| **FLSA** | | **11/13/2015** |
| **NYLL** | | **11/13/2012** |
| **Amendment** | | **4/9/2011** |
| **Today** | | **12/9/2020** |